UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY GALINDO MARTINEZ,<br><br>   Petitioner,<br><br>   v.<br><br>THE PEOPLE OF THE STATE OF CALIFORNIA,<br><br>   Respondent. | 1:14-cv-01132 MJS (HC)<br><br>ORDER DISREGARDING APPLICATION TO PROCEED IN FORMA PAUERIS AS MOOT<br><br>(Doc. 8) |

Petitioner is a prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On August 18, 2014, Petitioner filed an application to proceed in forma pauperis. Due to the fact that in forma pauperis was authorized for this action on July 22, 2014, IT IS HEREBY ORDERED THAT Petitioner's application to proceed in forma pauperis is DISREGARDED as moot.

IT IS SO ORDERED.

Dated:   August 19, 2014                    /s/ *Michael J. Seng*
                                             UNITED STATES MAGISTRATE JUDGE

1